IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BRANDON SMITH                                                                                         PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:21-cv-62-NBB-JMV

STATELINE ROAD WEST CENTER, LLC                                                         DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction is **GRANTED**. The plaintiff's Motion for Summary Judgment is **DENIED**. This case is closed.

This 28th day of September, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE